**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| LYNN HICKS,                           ) | |
| ) | |
|      Plaintiff,                   ) | |
|      v.                             ) | No. 22 CV 00462 |
| EDMOND KNOX; TIFFANY H.      ) | Judge John J. Tharp, Jr. |
| HUGHES, owner of the Law Office of  ) | |
| Tiffany M. Huges, P.C.; and MARIA M. ) | |
| BARLOW d/b/a THE LAW OFFICE    ) | |
| OF MARIA M. BARLOW LLC         ) | |
| ATTORNEY AND COUNSELOR AT | |
| LAW, | |
|      Defendants. | |

## JUDGMENT ORDER

This action having been dismissed without prejudice for lack of subject-matter jurisdiction by Judge John J. Tharp, Jr., it is hereby ORDERED:

Judgment is hereby entered in favor of defendants Edmond Knox, Tiffany H. Hughes, and Maria M. Barlow and against plaintiff Lynn Hicks. The parties shall bear their own costs.

Date: February 2, 2022

John J. Tharp, Jr.
United States District Judge